**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  04-212 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **CARLOS IVAN MENDES-MESQUITA** | : | |
| **a/k/a "Don Carlos," and** | : | |
| | : | |
| **MIGUEL ANGEL OSORIO-CASTANO** | : | |
| **a/k/a "Careca," et al.** | / | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Melanie Laflin, Trial Attorney for the Narcotic and Dangerous Drug Section, enters her appearance as counsel for the United States, in replacement of former Trial Attorney James A. Faulkner.

Respectfully submitted,

Kenneth Blanco, Chief
Narcotic and Dangerous Drug Section

_____
Melanie Laflin
Trial Attorney
U.S. Department of Justice
Criminal Division
Narcotic & Dangerous Drug Section

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. mail this 27th day of

February, 2006  to: Jensen Barber, counsel for defendant Carlos Ivan Mendes-Mesquita, 400

Seventh St. NW Suite 400, Washington, DC 20004, and H. Heather Shaner, counsel for

defendant Miguel Angel Osorio-Castano, 1702 S. Street, N.W., Washington, DC 20009.


_____
Melanie Laflin
Trial Attorney
U.S. Department of Justice
Criminal Division
Narcotic & Dangerous Drug Section
1400 New York Avenue, N.W.
Washington, D.C.  20530
Phone: 202-514-4502
Fax: 202-305-9825

2